# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

JEFFREY TARMAN,                                                    Civil No. 10-4785 (JRT/FLN)

               Plaintiff,

v.                                                                                **ORDER**

DIVERSIFIED ADJUSTMENT
SERVICES, INC.,

               DefendantS.

---

    Patrick L. Hayes and William C. Michelson, **MARSO & MICHELSON, PA,** 3101 Irving Avenue South, Minneapolis, MN 55408, for plaintiff.

    Michael A. Klutho, **BASSFORD REMELE, PA,** 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendant.


    The above-captioned matter came before the undersigned based upon the parties' Stipulation to vacate Default Judgment and Dismissal with Prejudice [Docket No.7].

    **IT IS HEREBY ORDERED** that the Default Judgment entered January 5, 2011 [Docket No. 6] is hereby **VACATED**; and

    **IT IS FURTHER ORDERED** that the above-captioned matter shall be **DISMISSED WITH PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure and without cost to either party.

Dated: February 1, 2011

at Minneapolis, Minnesota       <u>  s/ John R. Tunheim       </u>

                 JOHN R. TUNHEIM
                United States District Judge